IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA     )
     )
Plaintiff,     )
     )
   v.     )     Case No. 21-00164-CR-W-HFS
     )
BROCK D. KREPPS     )
     )
Defendant.     )

**MEMORANDUM TO COUNSEL**

It may be useful to simplify my articulation on several sentencing issues for this case and future child pornography cases. One factor strongly favoring this defendant was my view that his danger to the community (underage persons) is unusually small as compared with other similar cases. The proliferation of obscene material is quite helpful to him--there is no record showing concentration on children as subjects of special interest--and of course no record of problems with individual children. The image referred to by the Government seems to be a needle in the haystack rather than one in dozens that we frequently have. Defendant's addictive interest seems to be so widely scattered to obscenity in general that a future child victim seems extremely unlikely, even disregarding the improvement in his attitude evident at the hearing. The second point, in justifying a sentence as long as five years, it is my impression that defendant's mental disposition or personality problems is not more unusual than most

defendants who have been found guilty of receiving and viewing child pornography and received 5-8 year sentences. To favor defendant with a very light sentence would create disparity with those less closely analyzed than defendant and would unjustifiably favor him.

 _/s/  Howard F. Sachs_
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

Dated: January 17, 2023
Kansas City, Missouri